**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrell Eugene WASHINGTON,
Defendant–Appellant.**

**No. 16-4001**

United States Court of Appeals,
Tenth Circuit.

Filed November 3, 2016

(D.C. No. 1:02–CR–00034–DB–1) (D. Utah)

Michael Kennedy, Elizabethanne Claire Stevens, Esq., Jeannette Frazier Swent, Office of the United States Attorney, District of Utah, Salt Lake City, UT, for Plaintiff–Appellee.

Benji McMurray, Office of the Federal Public Defender, District of Utah, Salt Lake City, UT, for Defendant–Appellant.

Before MATHESON, McKAY, and O'BRIEN, Circuit Judges.

**ORDER**

Darrell Eugene Washington appeals the district court's denial of his motion for a

sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the U.S. Sentencing Guidelines. But while this appeal was pending, the district court vacated Mr. Washington's sentence under 28 U.S.C. § 2255, rendering this appeal moot. *See United States v. Moore*, 83 F.3d 1231, 1235 (10th Cir. 1996) (when a sentence is vacated under § 2255, "the original sentence ... is eviscerated"). We therefore grant Mr. Washington's motion to dismiss.

We grant Mr. Washington's motion to proceed on appeal without prepayment of costs or fees. The relevant statute, 28 U.S.C. § 1915(a)(1), does not permit litigants to avoid payment of filing and docketing fees, only *prepayment* of those fees. Although we have dismissed this appeal, Mr. Washington remains obligated to pay all filing and docketing fees. He is directed to pay the fees in full to the clerk of the district court.